1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTI C. KAPETAN
Assistant U.S. Attorney
3 | Federal Building, Room 3654
1130 O Street
4 | Fresno, California 93721-2201
Telephone: (559) 498-7272
5 | Fax: (559) 498-7432

6 | Attorneys for the defendant the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **1:05-CV-0061-AWI-SMS** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | DATES AND ORDER THEREON |
| | ) | |
| 2003 FORD E-150 ECONOLINE VAN, | ) | (First Request) |
| VIN: 1FTRE142X3HA12415, LICENSE | ) | |
| NUMBER 7C21053, | ) | |
| | ) | |
| 2002 TOYOTA SEQUOIA, VIN: | ) | |
| STDZT38A125121925, LICENSE | ) | |
| NUMBER 4YEY508, and | ) | |
| | ) | |
| APPROXIMATELY $20,298.00 IN U.S. | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |
| Khanh Thai and Sandy Thai | ) | |
| Claimants. | ) | |

Claimants of Defendants 2003 Ford E-150 Econoline Van, Vin: 1FTRE142X3HA12415, License Number 7C21053, 2002 Toyota Sequioa, Vin: STDZT38A125121925, License Number 4YEY508, and Approximately $20,298.00 in U.S. Currency, and plaintiff United States of America, hereby stipulate as follows:

1.      This stipulation is executed by all parties who have appeared in and are

1

1  affected by this action;

2      2.    The parties are requesting an extension of the dates set out in the Scheduling Conference Order due to unavailability of defense counsel on said dates. Since the time of the scheduling conference, counsel has been unavailable for depositions and needs additional time due to pressing business on other cases to respond to discovery. This is the first request for an extension. The following dates are agreed on by the parties:

| | Existing Date | Proposed Date |
|---|---|---|
| Discovery Deadline: | February 2, 2006 | April 4, 2006 |
| Non-Dispositive Motion Filing Deadline: | February 10, 2006 | April 12, 2006 |
| Dispositive Motion Filing Deadline: | February 24, 2006 | April 26, 2006 |
| Settlement Conference Date: | April 6, 2006 | June 5, 2006<br>2:00pm - Judge Snyder |
| Pre-Trial Conference Date:<br>*Judge Ishii's Pretrial Conferences are on Fridays parties had selected 6/20/06 - Tuesday. | April 21, 2006 | June 23, 2006 *<br>8:30am - Judge Ishii |
| Trial Date:<br>*Judge Ishii's trial start on Tuesdays, parties had selected 7/27/06 - Thursday. | May 31, 2006 | July 25, 2006 *<br>9:00am - Judge Ishii |

Dated: 1/31/06

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

By:   /s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 1/31/06

By:   /s/ Carl K. Osbourne
CARL K. OSBORNE
Attorney for Claimants
Khanh Thai and Sandy Thai

ORDER

Good cause having been shown and based on this stipulation,

IT IS SO ORDERED.

**Dated:   February 7, 2006**                            /s/ Sandra M. Snyder
icido3                                                   UNITED STATES MAGISTRATE JUDGE