```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
Federal Courthouse, Suite 4401
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

Attorneys for the Plaintiff the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 2003 FORD E-150 ECONOLINE VAN, ) <br> VIN: 1FTRE142X3HA12415, LICENSE ) <br> NUMBER 7C21053, ) <br> ) <br> 2002 TOYOTA SEQUOIA, VIN: ) <br> STDZT38A125121925, LICENSE ) <br> NUMBER 4YEY508, and ) <br> ) <br> APPROXIMATELY $20,298.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> Defendants. ) <br> ──────────────────────── ) <br> Khanh Thai and Sandy Thai ) <br> ) <br> Claimants. ) <br> ──────────────────────── ) | **1:05-CV-0061-AWI-SMS** <br><br> STIPULATION TO CONTINUE <br> DATES AND ORDER THEREON <br><br> (Second Request) |

Claimants of Defendants 2003 Ford E-150 Econoline Van, Vin: 1FTRE142X3HA12415, License Number 7C21053, 2002 Toyota Sequioa, Vin: STDZT38A125121925, License Number 4YEY508, and Approximately $20,298.00 in U.S. Currency, and plaintiff United States of America, hereby stipulate as follows:

1.  This stipulation is executed by all parties who have appeared in and are affected by this action;

1

2. The parties are requesting an extension of the dates currently set in this case. Due to pressing business and conflicts in other cases, defense counsel has been unavailable for depositions and needs additional time to respond to discovery. This is the second request for an extension. The following dates are agreed on by the parties:

|  | Existing Date | Proposed Date |
|---|---|---|
| Discovery Deadline: | April 4, 2006 | June 27, 2006 |
| Non-Dispositive Motion Filing Deadline: | April 12, 2006 | July 12, 2006 |
| Dispositive Motion Filing Deadline: | April 26, 2006 | July 26, 2006 |
| Settlement Conference Date: | June 5, 2006 | September 11, 2006 1:30 PM - Judge Snyder |
| Pre-Trial Conference Date: | June 23, 2006 | October 6, 2006 8:30 AM - Judge Ishii |
| Trial Date: | July 25, 2006 | November 28, 2006 9:00 AM - Judge Ishii |

Dated: 3/20/06

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 3/20/06

By: /s/ Carl K. Osborne
CARL K. OSBORNE
Attorney for Claimants
Khanh Thai and Sandy Thai

//
//
//
//

2

1                                                      ORDER

2          Good cause having been shown and based on this stipulation,

3    IT IS SO ORDERED.

4    **Dated:    March 22, 2006**                        **/s/ Sandra M. Snyder**
     icido3                                      UNITED STATES MAGISTRATE JUDGE