1 | McGREGOR W. SCOTT
United States Attorney
2 | STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
3 | United States Courthouse, Suite 4401
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-CV-00061-AWI-SMS |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| 2003 FORD E-150 ECONOLINE VAN, VIN: 1FTRE142X3HA12415, LICENSE NUMBER 7C21053, | |
| 2002 TOYOTA SEQUOIA, VIN: STDZT38A125121925, LICENSE NUMBER 4YEY508, and | |
| APPROXIMATELY $20,298.00 IN U.S. CURRENCY, | |
| Defendants. | |
| KHANH THAI, SANDY THAI, and SANH THAI, | |
| Claimants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendants 2003 Ford E-150 Econoline Van, VIN: 1FTRE142X3HA12415, License Number 7C21053, 2002 Toyota Sequioa, VIN: STDZT38A125121925,

1  License Number 4YEY508 (hereinafter the "defendant vehicles") and approximately $20,298.00 in U.S.
2  Currency.

3       2. A Verified Complaint for Forfeiture *In Rem* was filed under seal on January 14, 2005, seeking
4  the forfeiture of the defendant vehicles and approximately $20,298.00 in U.S. Currency, alleging that said
5  property is subject to forfeiture to the United States of America pursuant to 49 U.S.C. § 80303 and 18
6  U.S. C. § 981 (a)(1)(C).  The Order to Unseal Complaint was filed on or about March 28, 2005.

7       3. On or about January 21, 2005, in accordance with said Complaint, a Warrant and Summons
8  For Arrest of Articles *In Rem* was issued for  the defendant vehicles and the approximately $20,298.00
9  in U.S. Currency.  The approximately $20,298.00 in U.S. Currency was arrested on or about January 28,
10 2005. See the Process Receipt and Return filed February 2, 2005.  The defendant vehicles were arrested
11 on or about February 8, 2005. See the Process Receipt and Returns filed February 9, 2005.

12      4.  On or about July 22, 2005, a Public Notice of Arrest of the defendant vehicles and the
13 approximately $20,298.00 in U.S. Currency appeared by publication in Metropolitan News-Enterprise,
14 a newspaper of general circulation in the county in which the defendant properties were seized (Los
15 Angeles County).  The Proof of Publication was filed with the Court on August 8, 2005.

16      5. In addition to the Public Notice of Arrest having been completed, actual notice was served on
17 Khanh Thai, Sandy Thai and Sanh Thai.  Khanh Thai and Sandy Thai filed claims and answers in this
18 action.

19      6. No other parties have filed claims or answers in this matter, and the time for which any person
20 or entity may file a claim and answer has expired.

21      Based on the above findings, and the Court being otherwise fully advised in the premises, it is
22 hereby

23           ORDERED AND ADJUDGED:

24      1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between
25 the parties to this action.

26      2.  Upon entry of this Final Judgment of Forfeiture, the defendant 2002 Toyota Sequoia, VIN
27 STDZT38A125121925, License Number 4YEY508, shall be forfeited to the United States pursuant to

28

49 U.S.C. § 80303, and the approximately $20,298.00 in U.S. Currency, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.

  3. Upon entry of this Final Judgment of Forfeiture, but no later than 45 days thereafter, the 2003 Ford E-150 Econoline Van, VIN: 1FTRE142X3HA12415, License Number 7C21053, shall be returned to claimant Khanh Thai through his attorney, Carl K. Osbourne, at 2141 Rosecrans Avenue, Suite 1130, El Segundo, CA 90245.

  4. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant vehicles and the approximately $20,298.00 in U.S. Currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code §1542.

  5. There was reasonable cause for the seizure of defendant vehicles and the approximately $20,298.00 in U.S. Currency, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

  6. All parties are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   August 15, 2006**          /s/ Anthony W. Ishii
0m8i78                  UNITED STATES DISTRICT JUDGE

3